# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:17-mj-00019-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ALFREDO M. CONE, ) | |
| ) | |
| Defendant. ) | |

_____

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Information. [Doc. 12].

For the reasons stated in the Government's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss Information [Doc. 12] is **GRANTED**, and the Bill of Information in the above-referenced captioned case is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to provide copies of this Order to counsel for the Government, the U.S. Marshals Service, and the U.S. Probation office.

**IT IS SO ORDERED.**

Signed: June 9, 2017

Martin Reidinger
United States District Judge